NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES BRINSTON GASKINS,      )
          )
      Appellant,      )
          )
v.      )      Case No. 2D18-118
          )
STATE OF FLORIDA,      )
          )
      Appellee.      )
_____)

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Highlands County; Peter F. Estrada,
Judge.

PER CURIAM.

Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Williams v.

State, 957 So. 2d 600 (Fla. 2007); Nielson v. State, 984 So. 2d 587 (Fla. 2d DCA 2008).

BLACK, SALARIO, and BADALAMENTI, JJ., Concur.